UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA ex rel.
REKHA VASUDEVA and KARAN VASUDEVA

v.  CA 11-114 ML

ANJAN DUTTA-GUPTA, INDRANI DUTTA-
GUPTA, AMRITA DUTTA-GUPTA, and
RALPH M. MARIANO

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on November 7, 2014. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Relators' Motion to Dismiss Counterclaims is GRANTED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
December 2, 2014